The order below is hereby signed.

Signed: November 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 24-00036-ELG |
| Birchington, LLC, | |
| Debtor. | Chapter 11 |
| | |
| Birchington, LLC, and Habte Sequar, | |
| Plaintiffs, | Adv. Pro. 24-10015-ELG |
| v. | |
| SSHCOF II Washington DC, LLC, Peachtree Group d/b/a Peachtree Hotel Group II, LLC, James Van Horn, Esq., and Kinsley Construction, Inc., | Removed from Superior Court for the District of Columbia |
| Defendants. | Case No. 2024-CAB-002481 |

## ORDER

AND NOW, **IT IS HEREBY ORDERED THAT** the Motion for Summary Judgment filed by Defendant Kinsley Construction is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Kinsley Construction and against Plaintiff and to close the case file.

[Signed and dated above.]

Service List: recipients of electronic notice.